IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HOPE NPIMNEE,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEBRASKA, LANCASTER COUNTY JAIL, and WILLIAM GORACKE,<br><br>Defendants. | 8:22CV409<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on a motion filed by Plaintiff seeking to extend the current August 18, 2023, deadline to file his amended complaint by 30 days, to September 18, 2023. Filing No. 35. As cause, Plaintiff submits that due to his placement in restrictive housing he does not have access to a law library or his legal paperwork but believes he will have access during the requested 30-day extension period, allowing him to complete and submit his pleading. *Id.*

Upon consideration,

**IT IS ORDERED** that:

1. Petitioner's Motion, Filing No. 35, is **GRANTED**. Plaintiff shall have until **September 18, 2023**, to file his amended complaint. If Plaintiff fails to file his amended complaint or seek additional time to do so by the September 18, 2023, deadline, this matter will be dismissed without further notice.

2. The clerk's office is directed to set the following pro se case management deadline: **September 18, 2023**: check for amended complaint.

Dated this 8th day of August, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge