IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HOPE NPIMNEE,<br><br>                Plaintiff,<br><br>vs.<br><br>WILLIAM GORACKE, in his official and personal capacity; and LANCASTER COUNTY,<br><br>                Defendants. | 8:22CV409<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on Plaintiff's motion for a status update filed on September 19, 2025, in which he seeks the name of his appointed counsel. Filing No. 62. On July 29, 2025, the Court granted Plaintiff's Motion for Counsel and to Continue Deadlines, Filing No. 60, to the extent that the Court would appoint counsel to represent Plaintiff and the then-existing progression deadlines would be suspended until after counsel was appointed. Filing No. 61. In his status motion, Plaintiff states he suspects counsel has already been appointed and has failed to contact him. *Id*. Plaintiff is mistaken as the Court has not previously appointed counsel and has only recently located counsel willing and able to accept the appointment.[1] Accordingly,

IT IS ORDERED that:

1.  Plaintiff's motion for status update, Filing No. 62, is granted, and the Court will now appoint counsel consistent with the Court's July 29, 2025, Memorandum and Order.

---

[1] In his motion, Plaintiff threatens damage to appointed counsel's career based on his mistaken belief that counsel has failed to contact him. Plaintiff is warned that any threats made towards appointed counsel will not be tolerated and may constitute grounds for counsel's withdrawal.

2.	With thanks for accepting the appointment, Michael D. Gooch is hereby appointed to represent Plaintiff Hope Npimnee in this matter.²

3.	Michael D. Gooch is directed to promptly enter his appearance as counsel in this case.

4.	Upon entry of counsel's appearance in CM/ECF, the Clerk of Court shall immediately pay from the Federal Practice Fund the sum of $1,000 to Michael D. Gooch.

5.	A second and last installment of $1,000 shall become due and payable to Michael D. Gooch upon the entry of judgment or other closing documents in the case.

6.	Subject to the prior approval of the Court, counsel may incur reasonable expenses when representing Plaintiff in accordance with the Amended Plans for the Administration of the Federal Practice Fund and the Federal Practice Committee.  *See also* NEGenR 1.7(f) and NECivR 54.3-54.4.

7.	Should Plaintiff succeed, and counsel be awarded attorney fees and expenses that exceed $2,000 plus expenses, counsel shall reimburse the Federal Practice Fund for the fees and expenses paid from the fund.

8.	Counsel for Plaintiff is appointed to assist Plaintiff with the prosecution of his claims, discovery, and through trial, if this case should proceed to trial.  The appointment will not extend to any appeal after trial.

9.	The Clerk of Court is directed to send a copy of this Memorandum and Order via U.S. Mail to Plaintiff and Plaintiff's appointed counsel, Michael D. Gooch.  The Clerk of Court is further directed to send to Mr. Gooch via U.S. Mail a copy of the

---

² The undersigned has been authorized by the Chief Judge to appoint counsel pursuant to the Amended Plans for the Administration of the Federal Practice Fund and the Federal Practice Committee.

Amended Complaint, Filing No. 51, the Court's April 15, 2025, Memorandum and Order on initial review, Filing No. 52, and the Court's July 29, 2025, Memorandum and Order, Filing No. 61.

10. Because counsel has been appointed, this case is removed from the pro se docket at the direction of the Court. The Clerk's office shall randomly assign new judges to this case and request a reassignment order from the Chief Judge.

11. As this case will be reassigned, the undersigned will not establish any new progression deadlines at this point in time, but will defer appropriate case progression to the newly assigned judges.

Dated this 23rd day of September, 2025.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge