IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HOPE NPIMNEE,<br><br>     Plaintiff,<br><br>vs.<br><br>WILLIAM GORACKE, in his official and personal capacity; and LANCASTER COUNTY,<br><br>     Defendants. | 8:22CV409<br><br><br>**ORDER TO SHOW CAUSE** |

  This matter comes before the court after a review of the docket and pursuant to NECivR 41.2, which states in relevant part: "At any time, after appropriate notice, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution." This action was originally commenced by Plaintiff *pro se* on November 30, 2022. (Filing No. 1). On July 29, 2025, the court granted Plaintiff's motion to appoint counsel. (Filing No. 61). Counsel entered his appearance on September 27, 2025. (Filing No. 65). The court then set this matter for a status conference to discuss case progression. During the call, the parties agreed to meet and confer and file their Joint Rule 26(f) Report by November 13, 2025. (Filing No. 68). Prior to that deadline, counsel emailed the court asking for an extension to complete the Rule 26(f) Report, which was extended until December 9, 2025. To date, nothing has been filed.

  On December 15, 2025, the court reached out to counsel, via email, regarding the status of the report. Defendant advised that a draft had been circulated to Plaintiff, and that

Plaintiff's counsel represented that he needed to speak with his client. Plaintiff has not responded to the email. Plaintiff has a duty to prosecute this case and comply with applicable rules and deadlines. Under the circumstances, Plaintiff must make a showing of good cause why this case should not be dismissed for failure to prosecute. Failure to respond may result in dismissal of the case without further notice.

Accordingly,

IT IS ORDERED that on or before December 31, 2025, Plaintiff must show cause why this case should not be dismissed for failure to prosecute or take some other appropriate action.

Dated this 17th day of December, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge